Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Evan M. Sumer (State Bar No. 329181)
**GREEN & NOBLIN, P.C.**
4500 East Pacific Coast Highway, Fourth Floor
Long Beach, California 90804
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com

Attorneys for Plaintiff
COLBY WATSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY WATSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GOOP, INC.,<br><br>　　　　　Defendants. | Case No. 2:21-CV04113<br>Assigned Judge: Hon. George H. Wu<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Complaint Filed: May 17, 2021 |

00120527.000

NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

Please take notice that Plaintiff Colby Watson hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because Goop, Inc. has neither answered nor appeared in this action, it need not consent for this action to be dismissed in its entirety.  Due to the nature of this action and because a class was never certified, this dismissal is not subject to Court approval under Federal Rules of Civil Procedure 23(e), 23.1(c), 23.2, or 66.

DATED:  December 6, 2021     Respectfully submitted,

**GREEN & NOBLIN, P.C.**


By:  /s/ Robert S. Green
    Robert S. Green

James Robert Noblin
Evan M. Sumer
**GREEN & NOBLIN, P.C.**
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California  90804
Telephone: (562) 391-2487
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Phone: 405-235-1560
Fax: 405-239-2112
Email:  wbf@federmanlaw.com

Attorneys for Plaintiff
COLBY WATSON